UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APRIL FERGUSON and<br>STEVEN CASTO,<br><br>Defendants. | CR       3:23-cr-30042<br><br><u>REDACTED INDICTMENT</u><br><br>EMBEZZLEMENT AND THEFT<br>FROM AN INDIAN TRIBAL<br>ORGANIZATION<br><br>18 U.S.C. §§ 1163 and 2 |

The Grand Jury charges:

On or about between the 1st day of March, 2020, and the 1st day of June, 2021, the Defendants,

APRIL FERGUSON and
STEVEN CASTO,

did embezzle, steal, willfully misapply, willfully permit to be misapplied, and convert to their own use more than $1,000 of monies, funds, credits, goods, assets, and other property belonging to the Ideal Lakota Community, a subdivision of the Rosebud Sioux Tribe, an Indian Tribal Organization, and did aid and abet one another in the commission of said offense, in violation of 18 U.S.C. §§ 1163 and 2.

A TRUE BILL:

_____NAME REDACTED_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____